**How to Read the Good Time Chart**

Find the number of months the inmate has actually served (or will serve by January 20, 2017 when President Obama leaves office) in the far right column. Go across to the far left column to find the number of months the inmate has served (or will serve) including good time credit, assuming the inmate has earned (and will earn) all of his good time credit.

The Good Time Chart is a BOP document that was included in a previous edition of Defending a Federal Criminal Case, published by Federal Defenders of San Diego, Inc.

## 14.13 GOOD TIME CHART

| MONTHS | YR/MO | NO. DAYS | DAYS GOT | DAYS SERVED | MO/DA SERVED |
|---|---|---|---|---|---|
| 13 | 1 - 1 | 395 | 51 | 344 | 11 - 10 |
| 14 | 1 - 2 | 426 | 55 | 371 | 12 - 6 |
| 15 | 1 - 3 | 456 | 59 | 397 | 13 - 2 |
| 16 | 1 - 4 | 487 | 63 | 424 | 13 - 28 |
| 17 | 1 - 5 | 517 | 67 | 450 | 14 - 25 |
| 18 | 1 - 6 | 548 | 71 | 477 | 15 - 21 |
| 19 | 1 - 7 | 578 | 75 | 503 | 16 - 17 |
| 20 | 1 - 8 | 608 | 78 | 530 | 17 - 13 |
| 21 | 1 - 9 | 639 | 82 | 556 | 18 - 9 |
| 22 | 1 - 10 | 669 | 86 | 583 | 19 - 5 |
| 23 | 1 - 11 | 700 | 90 | 609 | 20 - 1 |
| 24 | 2 - 0 | 730 | 94 | 636 | 20 - 28 |
| 25 | 2 - 1 | 760 | 98 | 662 | 21 - 24 |
| 26 | 2 - 2 | 791 | 102 | 689 | 22 - 20 |
| 27 | 2 - 3 | 821 | 106 | 715 | 23 - 16 |
| 28 | 2 - 4 | 852 | 110 | 742 | 24 - 12 |
| 29 | 2 - 5 | 882 | 114 | 768 | 25 - 8 |
| 30 | 2 - 6 | 913 | 118 | 795 | 26 - 4 |
| 31 | 2 - 7 | 943 | 122 | 821 | 27 - 0 |
| 32 | 2 - 8 | 973 | 126 | 848 | 27 - 27 |
| 33 | 2 - 9 | 1004 | 130 | 874 | 28 - 23 |
| 34 | 2 - 10 | 1034 | 133 | 901 | 29 - 19 |
| 35 | 2 - 11 | 1065 | 137 | 927 | 30 - 15 |
| 36 | 3 - 0 | 1095 | 141 | 954 | 31 - 11 |
| 37 | 3 - 1 | 1125 | 145 | 980 | 32 - 7 |
| 38 | 3 - 2 | 1156 | 149 | 1007 | 33 - 3 |
| 39 | 3 - 3 | 1186 | 153 | 1033 | 33 - 29 |
| 40 | 3 - 4 | 1217 | 157 | 1060 | 34 - 26 |
| 41 | 3 - 5 | 1247 | 161 | 1086 | 35 - 22 |
| 42 | 3 - 6 | 1278 | 165 | 1113 | 36 - 18 |
| 43 | 3 - 7 | 1308 | 169 | 1139 | 37 - 14 |
| 44 | 3 - 8 | 1338 | 173 | 1166 | 38 - 10 |
| 45 | 3 - 9 | 1369 | 177 | 1192 | 39 - 6 |
| 46 | 3 - 10 | 1399 | 180 | 1219 | 40 - 2 |
| 47 | 3 - 11 | 1430 | 184 | 1245 | 40 - 29 |
| 48 | 4 - 0 | 1460 | 188 | 1272 | 41 - 25 |
| 49 | 4 - 1 | 1490 | 192 | 1298 | 42 - 21 |
| 50 | 4 - 2 | 1521 | 196 | 1325 | 43 - 17 |
| 51 | 4 - 3 | 1551 | 200 | 1351 | 44 - 13 |

Federal Sentencing

14-783

| MONTHS | YR/MO | NO. DAYS | DAYS GOT | DAYS SERVED | MO/DA SERVED |
|---|---|---|---|---|---|
| 52 | 4 - 4 | 1582 | 204 | 1378 | 45 - 9 |
| 53 | 4 - 5 | 1612 | 208 | 1404 | 46 - 5 |
| 54 | 4 - 6 | 1643 | 212 | 1431 | 47 - 1 |
| 55 | 4 - 7 | 1673 | 216 | 1457 | 47 - 28 |
| 56 | 4 - 8 | 1703 | 220 | 1484 | 48 - 24 |
| 57 | 4 - 9 | 1734 | 224 | 1510 | 49 - 20 |
| 58 | 4 - 10 | 1764 | 227 | 1537 | 50 - 16 |
| 59 | 4 - 11 | 1795 | 213 | 1563 | 51 - 12 |
| 60 | 5 - 0 | 1825 | 235 | 1590 | 52 - 8 |
| 61 | 5 - 1 | 1855 | 239 | 1616 | 53 - 4 |
| 62 | 5 - 2 | 1886 | 243 | 1643 | 54 - 0 |
| 63 | 5 - 3 | 1916 | 247 | 1669 | 54 - 27 |
| 64 | 5 - 4 | 1947 | 251 | 1696 | 55 - 23 |
| 65 | 5 - 5 | 1977 | 255 | 1722 | 56 - 19 |
| 66 | 5 - 6 | 2008 | 259 | 1749 | 57 - 15 |
| 67 | 5 - 7 | 2038 | 263 | 1775 | 58 - 11 |
| 68 | 5 - 8 | 2068 | 267 | 1802 | 59 - 7 |
| 69 | 5 - 9 | 2099 | 271 | 1828 | 60 - 3 |
| 70 | 5 - 10 | 2129 | 275 | 1855 | 60 - 30 |
| 71 | 5 - 11 | 2160 | 279 | 1881 | 61 - 26 |
| 72 | 6 - 0 | 2190 | 282 | 1908 | 62 - 22 |
| 73 | 6 - 1 | 2220 | 286 | 1934 | 63 - 18 |
| 74 | 6 - 2 | 2251 | 290 | 1961 | 64 - 14 |
| 75 | 6 - 3 | 2281 | 294 | 1987 | 65 - 10 |
| 76 | 6 - 4 | 2312 | 298 | 2014 | 66 - 6 |
| 77 | 6 - 5 | 2342 | 302 | 2040 | 67 - 2 |
| 78 | 6 - 6 | 2373 | 306 | 2067 | 67 - 29 |
| 79 | 6 - 7 | 2403 | 310 | 2093 | 68 - 25 |
| 80 | 6 - 8 | 2433 | 314 | 2120 | 69 - 21 |
| 81 | 6 - 9 | 2464 | 318 | 2146 | 70 - 17 |
| 82 | 6 - 10 | 2494 | 322 | 2173 | 71 - 13 |
| 83 | 6 - 11 | 2525 | 326 | 2199 | 72 - 9 |
| 84 | 7 - 0 | 2555 | 329 | 2226 | 73 - 5 |
| 85 | 7 - 1 | 2585 | 333 | 2252 | 74 - 1 |
| 86 | 7 - 2 | 2616 | 337 | 2279 | 74 - 28 |
| 87 | 7 - 3 | 2646 | 341 | 2305 | 75 - 24 |
| 88 | 7 - 4 | 2677 | 345 | 2332 | 76 - 20 |
| 89 | 7 - 5 | 2707 | 349 | 2358 | 77 - 16 |
| 90 | 7 - 6 | 2738 | 353 | 2385 | 78 - 12 |
| 91 | 7 - 7 | 2768 | 357 | 2411 | 79 - 8 |
| 92 | 7 - 8 | 2798 | 361 | 2438 | 80 - 4 |
| 93 | 7 - 9 | 2829 | 365 | 2464 | 81 - 0 |

| MONTHS | YR/MO | NO. DAYS | DAYS GOT | DAYS SERVED | MO/DA SERVED |
|---|---|---|---|---|---|
| 94  | 7 - 10 | 2859 | 369 | 2490 | 81 - 27 |
| 95  | 7 - 11 | 2890 | 373 | 2517 | 82 - 23 |
| 96  | 8 - 0  | 2920 | 377 | 2543 | 83 - 19 |
| 97  | 8 - 1  | 2950 | 381 | 2570 | 84 - 15 |
| 98  | 8 - 2  | 2981 | 384 | 2596 | 85 - 11 |
| 99  | 8 - 3  | 3011 | 388 | 2623 | 86 - 7  |
| 100 | 8 - 4  | 3042 | 392 | 2649 | 87 - 3  |
| 101 | 8 - 5  | 3072 | 396 | 2676 | 87 - 30 |
| 102 | 8 - 6  | 3103 | 400 | 2702 | 88 - 26 |
| 103 | 8 - 7  | 3133 | 404 | 2729 | 89 - 22 |
| 104 | 8 - 8  | 3163 | 408 | 2755 | 90 - 18 |
| 105 | 8 - 9  | 3194 | 412 | 2782 | 91 - 14 |
| 106 | 8 - 10 | 3224 | 416 | 2808 | 92 - 10 |
| 107 | 8 - 11 | 3255 | 420 | 2835 | 93 - 6  |
| 108 | 9 - 0  | 3285 | 424 | 2861 | 94 - 2  |
| 109 | 9 - 1  | 3315 | 427 | 2888 | 94 - 29 |
| 110 | 9 - 2  | 3346 | 431 | 2914 | 95 - 25 |
| 111 | 9 - 3  | 3376 | 435 | 2941 | 96 - 21 |
| 112 | 9 - 4  | 3407 | 439 | 2967 | 97 - 17 |
| 113 | 9 - 5  | 3437 | 443 | 2994 | 98 - 13 |
| 114 | 9 - 6  | 3468 | 447 | 3020 | 99 - 9  |
| 115 | 9 - 7  | 3498 | 451 | 3047 | 100 - 5 |
| 116 | 9 - 8  | 3528 | 455 | 3073 | 101 - 1 |
| 117 | 9 - 9  | 3559 | 459 | 3100 | 101 - 28 |
| 118 | 9 - 10 | 3589 | 463 | 3126 | 102 - 24 |
| 119 | 9 - 11 | 3620 | 467 | 3153 | 103 - 20 |
| 120 | 10 - 0 | 3650 | 471 | 3179 | 104 - 16 |
| 121 | 10 - 1 | 3680 | 474 | 3206 | 105 - 12 |
| 122 | 10 - 2 | 3711 | 478 | 3232 | 106 - 8 |
| 123 | 10 - 3 | 3741 | 482 | 3259 | 107 - 4 |
| 124 | 10 - 4 | 3772 | 486 | 3285 | 108 - 0 |
| 125 | 10 - 5 | 3802 | 490 | 3312 | 108 - 27 |
| 126 | 10 - 6 | 3833 | 494 | 3338 | 109 - 23 |
| 127 | 10 - 7 | 3863 | 498 | 3365 | 110 - 19 |
| 128 | 10 - 8 | 3893 | 502 | 3391 | 111 - 15 |
| 129 | 10 - 9 | 3924 | 506 | 3418 | 112 - 11 |
| 130 | 10 - 10 | 3954 | 510 | 3444 | 113 - 7 |
| 131 | 10 - 11 | 3985 | 514 | 3471 | 114 - 3 |
| 132 | 11 - 0 | 4015 | 518 | 3497 | 114 - 30 |
| 133 | 11 - 1 | 4045 | 522 | 3524 | 115 - 26 |
| 134 | 11 - 2 | 4076 | 526 | 3550 | 116 - 22 |
| 135 | 11 - 3 | 4106 | 529 | 3577 | 117 - 18 |
| 136 | 11 - 4 | 4137 | 533 | 3603 | 118 - 14 |
| 137 | 11 - 5 | 4167 | 537 | 3630 | 119 - 10 |

14-785

Federal Sentencing

| MONTHS | YR/MO | NO. DAYS | DAYS GOT | DAYS SERVED | MO/DA SERVED |
|---|---|---|---|---|---|
| | | | 541 | 3656 | 120 - 6 |
| 138 | 11 - 6 | 4198 | 545 | 3683 | 121 - 2 |
| 139 | 11 - 7 | 4228 | 549 | 3709 | 121 - 29 |
| 140 | 11 - 8 | 4258 | 553 | 3736 | 122 - 25 |
| 141 | 11 - 9 | 4289 | 557 | 3762 | 123 - 21 |
| 142 | 11 - 10 | 4319 | 561 | 3789 | 124 - 17 |
| 143 | 11 - 11 | 4350 | 565 | 3815 | 125 - 13 |
| 144 | 12 - 0 | 4380 | 569 | 3842 | 126 - 9 |
| 145 | 12 - 1 | 4410 | 573 | 3868 | 127 - 5 |
| 146 | 12 - 2 | 4441 | 576 | 3895 | 128 - 1 |
| 147 | 12 - 3 | 4471 | 580 | 3921 | 128 - 28 |
| 148 | 12 - 4 | 4502 | 584 | 3948 | 129 - 24 |
| 149 | 12 - 5 | 4532 | 588 | 3974 | 130 - 20 |
| 150 | 12 - 6 | 4563 | 592 | 4001 | 131 - 16 |
| 151 | 12 - 7 | 4593 | 596 | 4027 | 132 - 12 |
| 152 | 12 - 8 | 4623 | 600 | 4054 | 133 - 8 |
| 153 | 12 - 9 | 4654 | 604 | 4080 | 134 - 4 |
| 154 | 12 - 10 | 4684 | 608 | 4107 | 135 - 0 |
| 155 | 12 - 11 | 4715 | 612 | 4133 | 135 - 27 |
| 156 | 13 - 0 | 4745 | 616 | 4160 | 136 - 23 |
| 157 | 13 - 1 | 4775 | 620 | 4186 | 137 - 19 |
| 158 | 13 - 2 | 4806 | 624 | 4213 | 138 - 15 |
| 159 | 13 - 3 | 4836 | 628 | 4239 | 139 - 11 |
| 160 | 13 - 4 | 4867 | 631 | 4266 | 140 - 7 |
| 161 | 13 - 5 | 4897 | 635 | 4292 | 141 - 3 |
| 162 | 13 - 6 | 4928 | 639 | 4319 | 141 - 30 |
| 163 | 13 - 7 | 4958 | 643 | 4345 | 142 - 26 |
| 164 | 13 - 8 | 4988 | 647 | 4372 | 143 - 22 |
| 165 | 13 - 9 | 5019 | 651 | 4398 | 144 - 18 |
| 166 | 13 - 10 | 5049 | 655 | 4425 | 145 - 14 |
| 167 | 13 - 11 | 5080 | 659 | 4451 | 146 - 10 |
| 168 | 14 - 0 | 5110 | 663 | 4478 | 147 - 6 |
| 169 | 14 - 1 | 5140 | 667 | 4504 | 148 - 2 |
| 170 | 14 - 2 | 5171 | 671 | 4531 | 148 - 29 |
| 171 | 14 - 3 | 5201 | 675 | 4557 | 149 - 25 |
| 172 | 14 - 4 | 5232 | 678 | 4584 | 150 - 21 |
| 173 | 14 - 5 | 5262 | 682 | 4610 | 151 - 17 |
| 174 | 14 - 6 | 5293 | 686 | 4637 | 152 - 13 |
| 175 | 14 - 7 | 5323 | 690 | 4663 | 153 - 9 |
| 176 | 14 - 8 | 5353 | 694 | 4690 | 154 - 5 |
| 177 | 14 - 9 | 5384 | 698 | 4716 | 155 - 1 |
| 178 | 14 - 10 | 5414 | 702 | 4743 | 155 - 28 |
| 179 | 14 - 11 | 5445 | 706 | 4769 | 156 - 24 |
| 180 | 15 - 0 | 5475 | 710 | 4796 | 157 - 20 |
| 181 | 15 - 1 | 5505 | | | |

| MONTHS | YR/MO | NO. DAYS | DAYS GOT | DAYS SERVED | MO/DA SERVED |
|---|---|---|---|---|---|
| 182 | 15 - 2 | 5536 | 714 | 4822 | 158 - 16 |
| 183 | 15 - 3 | 5566 | 718 | 4849 | 159 - 12 |
| 184 | 15 - 4 | 5597 | 722 | 4875 | 160 - 8 |
| 185 | 15 - 5 | 5627 | 725 | 4902 | 161 - 5 |
| 186 | 15 - 6 | 5658 | 729 | 4928 | 162 - 1 |
| 187 | 15 - 7 | 5688 | 733 | 4955 | 162 - 27 |
| 188 | 15 - 8 | 5718 | 737 | 4981 | 163 - 23 |
| 189 | 15 - 9 | 5749 | 741 | 5008 | 164 - 19 |
| 190 | 15 - 10 | 5779 | 745 | 5034 | 165 - 15 |
| 191 | 15 - 11 | 5810 | 749 | 5061 | 166 - 11 |
| 192 | 16 - 0 | 5840 | 753 | 5087 | 167 - 7 |
| 193 | 16 - 1 | 5870 | 757 | 5114 | 168 - 4 |
| 194 | 16 - 2 | 5901 | 761 | 5140 | 168 - 30 |
| 195 | 16 - 3 | 5931 | 765 | 5167 | 169 - 26 |
| 196 | 16 - 4 | 5962 | 769 | 5193 | 170 - 22 |
| 197 | 16 - 5 | 5992 | 773 | 5220 | 171 - 18 |
| 198 | 16 - 6 | 6023 | 777 | 5246 | 172 - 14 |
| 199 | 16 - 7 | 6053 | 780 | 5273 | 173 - 10 |
| 200 | 16 - 8 | 6083 | 784 | 5299 | 174 - 6 |
| 201 | 16 - 9 | 6114 | 788 | 5326 | 175 - 3 |
| 202 | 16 - 10 | 6144 | 792 | 5352 | 175 - 29 |
| 203 | 16 - 11 | 6175 | 796 | 5378 | 176 - 25 |
| 204 | 17 - 0 | 6205 | 800 | 5405 | 177 - 21 |
| 205 | 17 - 1 | 6235 | 804 | 5431 | 178 - 17 |
| 206 | 17 - 2 | 6266 | 808 | 5458 | 179 - 13 |
| 207 | 17 - 3 | 6296 | 812 | 5484 | 180 - 9 |
| 208 | 17 - 4 | 6327 | 816 | 5511 | 181 - 5 |
| 209 | 17 - 5 | 6357 | 820 | 5537 | 182 - 2 |
| 210 | 17 - 6 | 6388 | 824 | 5564 | 182 - 28 |
| 211 | 17 - 7 | 6418 | 827 | 5590 | 183 - 24 |
| 212 | 17 - 8 | 6448 | 831 | 5617 | 184 - 20 |
| 213 | 17 - 9 | 6479 | 835 | 5643 | 185 - 16 |
| 214 | 17 - 10 | 6509 | 839 | 5670 | 186 - 12 |
| 215 | 17 - 11 | 6540 | 843 | 5696 | 187 - 9 |
| 216 | 18 - 0 | 6570 | 847 | 5723 | 188 - 5 |
| 217 | 18 - 1 | 6600 | 851 | 5749 | 189 - 1 |
| 218 | 18 - 2 | 6631 | 855 | 5776 | 189 - 27 |
| 219 | 18 - 3 | 6661 | 859 | 5802 | 190 - 23 |
| 220 | 18 - 4 | 6692 | 863 | 5829 | 191 - 19 |
| 221 | 18 - 5 | 6722 | 867 | 5855 | 192 - 15 |
| 222 | 18 - 6 | 6753 | 871 | 5882 | 193 - 12 |
| 223 | 18 - 7 | 6783 | 875 | 5908 | 194 - 8 |
| 224 | 18 - 8 | 6813 | 878 | 5935 | 195 - 4 |
| 225 | 18 - 9 | 6844 | 882 | 5961 | 195 - 30 |

| MONTHS | YR/MO   | NO. DAYS | DAYS GOT | DAYS SERVED | MO/DA SERVED |
|--------|---------|----------|----------|-------------|--------------|
| 226    | 18 - 10 | 6874     | 886      | 5988        | 196 - 26     |
| 227    | 18 - 11 | 6905     | 890      | 6014        | 197 - 22     |
| 228    | 19 - 0  | 6935     | 894      | 6041        | 198 - 18     |
| 229    | 19 - 1  | 6965     | 898      | 6067        | 199 - 14     |
| 230    | 19 - 2  | 6996     | 902      | 6094        | 200 - 11     |
| 231    | 19 - 3  | 7026     | 906      | 6120        | 201 - 7      |
| 232    | 19 - 4  | 7057     | 910      | 6147        | 202 - 3      |
| 233    | 19 - 5  | 7087     | 914      | 6173        | 202 - 29     |
| 234    | 19 - 6  | 7118     | 918      | 6200        | 203 - 25     |
| 235    | 19 - 7  | 7148     | 922      | 6226        | 204 - 21     |
| 236    | 19 - 8  | 7178     | 925      | 6253        | 205 - 17     |
| 237    | 19 - 9  | 7209     | 929      | 6279        | 206 - 13     |
| 238    | 19 - 10 | 7239     | 933      | 6306        | 207 - 10     |
| 239    | 19 - 11 | 7270     | 937      | 6332        | 208 - 6      |
| 240    | 20 - 0  | 7300     | 941      | 6359        | 209 - 2      |