UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES

vs.

Nikolai Niftalijev

18 Cr. 678-4 ( JPO )

Order

**To:** U.S. Marshals Office

**It is hereby ordered :**

That the Defendant, Nikolai Niftalijev,

having been sentenced in the above case to a term of Time Served; The U.S. Marshals are to

release the defendant unless any pending warrants, detainers or other issues are encountered.

J. PAUL OETKEN
United States District Judge

11/25/2020
Date